UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD GALLAGHER,<br>        *Plaintiff,*<br><br>  v.<br><br>COLBY VOKEY, COLBY VOKEY,<br>P.C., PHILIP STACKHOUSE,<br>and UNITED AMERICAN PATRIOTS<br>INC.<br>        *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:19-CV-02196-X |
| COLBY VOKEY, and COLBY VOKEY,<br>P.C.,<br>        *Plaintiffs,*<br><br>  v.<br><br>EDWARD GALLAGHER,<br>        *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:19-CV-02199-X |

## MEMORANDUM OPINION AND ORDER

This Order addresses the parties' agreed motions to consolidate cases No. 3:19-CV-02196-X with No. 3:19-CV-02199-X. The Court **GRANTS** the agreed motions to consolidate, Doc. No. 10 in No. 3:19-CV-02196-X and Doc. No. 7 in No. 3:19-CV-02199-X. Pursuant to Fed. R. Civ. P. 42(a), the Court consolidates No. 3:19-CV-02196-X, *Gallagher v. Vokey*, with No. 3:19-CV-02199-X, *Vokey v. Gallagher*. Pursuant to L.R. 42.1, the parties will file all pleadings, motions, or other papers in No. 3:19-CV-02196-X. The Clerk of the Court shall administratively close No. 3:19-CV-02199-X for statistical purposes.

Additionally, the Court **VACATES** the meet and confer order [Doc. No. 6] issued on October 18, 2019 in No. 3:19–CV–2199–X. The Court will issue a separate order with new deadlines. As a result, the Court **DISMISSES** as **MOOT** Gallagher's motion in 3:19–CV–2199–X to suspend dates [Doc. No. 10].

The Court denies all other relief not expressly granted.

**IT IS SO ORDERED** this 21st day of November, 2019.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE